IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ZIPPYSACK LLC and <br> LF CENTENNIAL LIMITED, <br> <br> Plaintiffs, <br> v. <br> <br> ONTEL PRODUCTS CORP., <br> <br> Defendant. | C.A. No. 1:15-cv-07510 |

**PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Plaintiffs ZippySack LLC and LF Centennial Ltd. ("Plaintiffs") move this Court for entry of a preliminary injunction pursuant to Rule 65 of the Federal Rules of Civil Procedure to enjoin and restrain Defendant Ontel Products Corp. ("Ontel") from launching its infringing Zipit Friends product before final judgment on the merits.

In support of the Motion, Plaintiffs rely on their Opening Brief in Support of the Motion for Preliminary Injunction, submitted herewith, the Complaint, the accompanying Declaration of Amer H. Khan, ZippySack LLC's sole member, and the accompanying Expert Declaration of Dr. David Brookstein.

Dated: August 26, 2015

/s/ Imron T. Aly
_____

Imron T. Aly
Mir Y. Ali
David Pi
SCHIFF HARDIN LLP
233 South Wacker
Chicago, IL 60606
Tel: (312) 258-5500
Fax: (312) 258-5600
ialy@schiffhardin.com
mali@schiffhardin.com
dpi@schiffhardin.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on August 26, 2015, the foregoing *Plaintiffs' Motion for Preliminary Injunction* was filed electronically with the Clerk of Court using the ECF system, and served by hand delivery through a process server on August 27, 2015 upon the following:

| | |
|---|---|
| John S. Artz<br>2600 West Big Beaver Road, Suite 300<br>Troy, MI 48084-3312<br>JSArtz@dickinsonwright.com | Ashok Khubani<br>Ontel Products Corporation<br>21 Law Drive, Fairfield, NJ 07004 |
| *Attorney for Defendant* | *Defendant's Registered Agent* |

/s/ Imron T. Aly