## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| ZIPPYSACK LLC and | ) | |
| LF CENTENNIAL LIMITED, | ) | C.A. No. 1:15-cv-07510 |
| | ) | |
| Plaintiffs, | ) | Judge Harry D. Leinenweber, |
| v. | ) | Magistrate Judge Susan Cox |
| | ) | |
| ONTEL PRODUCTS CORP., | ) | |
| | ) | |
| Defendant. | ) | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The parties resolved this litigation by settlement, and pursuant to Federal Rule of Civil Procedure 41, on October 5, 2015, entered a Joint Stipulation of Dismissal (ECF #24). The same day, the Court dismissed all claims and counterclaims (ECF #25). The parties hereby stipulate to the dismissal of this case including all claims and counterclaims with prejudice. Each party to bear its own fees and costs.

Dated November 19, 2015

s/ Imron T. Aly_____

Imron T. Aly
Mir Y. Ali
David Pi
SCHIFF HARDIN LLP
233 South Wacker Drive,
Suite 6600
Chicago, Illinois 60606
ialy@schiffhardin.com
mali@schiffhardin.com
dpi@schiffhardin.com
(312) 258-5500

*Attorneys for Plaintiffs*

s/ John S. Artz_____

John S. Artz
Erin M. Pawlowski
Dickinson Wright PLLC
2600 West Big Beaver Road, Suite 300
Troy, MI 48084-3312
jsartz@dickinson-wright.com
epawlowski@dickson-wright.com

Thomas Wimbiscus
Alejandro Menchaca
McAndrews, Held, & Malloy, Ltd
500 West Madison Street, 34th Floor
Chicago, IL 60661
twimbiscus@mcandrews-ip.com
amenchaca@mcandrews-ip.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on November 19, 2015, the foregoing *Joint Stipulation of Dismissal with Prejudice* was filed electronically with the Clerk of Court using the CM/ECF system, which will cause an electronic copy to be served on counsel of record, who are listed below:

John S. Artz
Erin M. Pawlowski
Dickinson Wright PLLC
2600 West Big Beaver Road, Suite 300
Troy, MI 48084-3312
jsartz@dickinson-wright.com
epawlowski@dickson-wright.com

*Attorneys for Defendant*

Thomas Wimbiscus
Alejandro Menchaca
McAndrews, Held, & Malloy, Ltd
500 West Madison Street, 34th Floor
Chicago, IL 60661
twimbiscus@mcandrews-ip.com
amenchaca@mcandrews-ip.com

*Attorneys for Defendant*

/s/ Imron T. Aly

2