IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| ZIPPYSACK LLC and<br>LF CENTENNIAL LIMITED,<br><br>v.<br><br>ONTEL PRODUCTS CORP.,<br><br>     Plaintiffs,<br><br>     Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 1:15-cv-07510<br><br>Judge Harry D. Leinenweber,<br>Magistrate Judge Susan Cox |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The parties resolved this litigation by settlement, and pursuant to Federal Rule of Civil Procedure 41, on October 5, 2015, entered a Joint Stipulation of Dismissal (ECF #24). The same day, the Court dismissed all claims and counterclaims (ECF #25). The parties hereby stipulate to the dismissal of this case including all claims and counterclaims with prejudice. Each party to bear its own fees and costs.

Dated November 19, 2015

| | |
|---|---|
| s/ Imron T. Aly_____<br>Imron T. Aly<br>Mir Y. Ali<br>David Pi<br>SCHIFF HARDIN LLP<br>233 South Wacker Drive,<br>Suite 6600<br>Chicago, Illinois 60606<br>ialy@schiffhardin.com<br>mali@schiffhardin.com<br>dpi@schiffhardin.com<br>(312) 258-5500<br><br>*Attorneys for Plaintiffs* | s/ John S. Artz_____<br>John S. Artz<br>Erin M. Pawlowski<br>Dickinson Wright PLLC<br>2600 West Big Beaver Road, Suite 300<br>Troy, MI 48084-3312<br>jsartz@dickinson-wright.com<br>epawlowski@dickson-wright.com<br><br>Thomas Wimbiscus<br>Alejandro Menchaca<br>McAndrews, Held, & Malloy, Ltd<br>500 West Madison Street, 34th Floor<br>Chicago, IL 60661<br>twimbiscus@mcandrews-ip.com<br>amenchaca@mcandrews-ip.com<br><br>*Attorneys for Defendant* |

## **CERTIFICATE OF SERVICE**

  The undersigned attorney hereby certifies that on November 19, 2015, the foregoing *Joint Stipulation of Dismissal with Prejudice* was filed electronically with the Clerk of Court using the CM/ECF system, which will cause an electronic copy to be served on counsel of record, who are listed below:

| | |
|---|---|
| John S. Artz | Thomas Wimbiscus |
| Erin M. Pawlowski | Alejandro Menchaca |
| Dickinson Wright PLLC | McAndrews, Held, & Malloy, Ltd |
| 2600 West Big Beaver Road, Suite 300 | 500 West Madison Street, 34th Floor |
| Troy, MI 48084-3312 | Chicago, IL 60661 |
| jsartz@dickinson-wright.com | twimbiscus@mcandrews-ip.com |
| epawlowski@dickson-wright.com | amenchaca@mcandrews-ip.com |
| | |
| *Attorneys for Defendant* | *Attorneys for Defendant* |

                /s/ Imron T. Aly